# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re:                                §
                                      §
RUFFOLO, DONALD                       §        Case No. 09-49046
                                      §
        Debtor(s)                     §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH E. COHEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   CLERK OF BANKRUPTCY COURT

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 0 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 2:00 PM on 06/03/2011 in Courtroom B,
   Park City Branch Court
   301 Greenleaf Avenue
   Park City, IL 60085
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____        By: _____
                                        Clerk, U.S. Bankruptcy Court


JOSEPH E. COHEN
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:  §
  §
RUFFOLO, DONALD  §   Case No. 09-49046
  §
Debtor(s)  §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| The Final Report shows receipts of | $ 55,382.62 |
| and approved disbursements of | $ 27.10 |
| leaving a balance on hand of[1] | $ 55,355.52 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: JOSEPH E. COHEN | $ 6,019.13 | $ 0.00 | $ 6,019.13 |
| Trustee Expenses: JOSEPH E. COHEN | $ 32.62 | $ 0.00 | $ 32.62 |
| Attorney for Trustee Fees: Cohen & Krol | $ 3,058.75 | $ 0.00 | $ 3,058.75 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 27.10 | $ 27.10 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | | $ 9,110.50 |
| Remaining Balance | | | $ 46,245.02 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,910,808.03 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | The Northern Trust Company<br>Greiman, Rome, & Griesmeyer<br>200 W. Madison, Ste. 755<br>Chicago, IL 60606 | $ 1,910,808.03 | $ 0.00 | $ 46,245.02 |
| | Total to be paid to timely general unsecured creditors | | $ | 46,245.02 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

    Prepared By: /s/JOSEPH E. COHEN
                      TRUSTEE

*JOSEPH E. COHEN*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                          United States Bankruptcy Court
                          Northern District of Illinois
In re:                                                            Case No. 09-49046-ABG
Donald Ruffolo                                                    Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-1          User: lhuley                 Page 1 of 1          Date Rcvd: May 16, 2011
                              Form ID: pdf006              Total Noticed: 10


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 18, 2011.
db           +Donald Ruffolo,    613 Western Avenue,    HIghwood, IL 60040-1110
aty          +L. Judson Todhunter,    Howard & Howard Attorneys PLLC,    200 S Michigan Ave,
               Chicago, IL 60604-2402
tr           +Joseph E Cohen,    Tr.,    Cohen & Krol,    105 West Madison Suite 1100,    Chicago, IL 60602-4600
14901304     +Ford Motor Credit,    PO Box 105704,    Atlanta, GA 30348-5704
15044782     +Ford Motor Credit Company LLC,    P O Box 6275,    Dearborn, MI 48121-6275
14901305     +Gary Thomas,   549 Chicago Avenue,    Highland Park, IL 60035-1919
14901306     +Highland Park Ford,    1333 Park Avenue West,    Highland Park, IL 60035-2281
14901308     +Northern Trust Company,    c/o Levenfeld Pearlstein,    2 North LaSalle Street #1300,
               Chicago, IL 60602-3709
15016710     +The Northern Trust Company,    Greiman, Rome, & Griesmeyer,    200 W. Madison, Ste. 755,
               Chicago, IL 60606-3552

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14901307     +E-mail/Text: jfriedland@lplegal.com May 17 2011 00:13:36      Levenfeld & Pearlstein, LLC,
               Attn: Adam B. Rome,    2 N. LaSalle Street # 1300,    Chicago, IL 60602-3709
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS  (undeliverable, * duplicate) *****
aty*         +Joseph E Cohen,   Tr.,    Cohen & Krol,    105 West Madison Suite 1100,   Chicago, IL 60602-4600
aty*         +Joseph E Cohen,   Tr.,    Cohen & Krol,    105 West Madison Suite 1100,   Chicago, IL 60602-4600
                                                                                 TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date:** May 18, 2011          **Signature:** _Joseph Speetjens_