UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
RUFFOLO, DONALD § Case No. 09-49046
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/JOSEPH E. COHEN _____
                                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| | | |
| **TOTAL GROSS RECEIPTS** | | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | FORD MOTOR CREDIT COMPANY LLC | | | | | |
| **TOTAL SECURED CLAIMS** | | | **$** | **$** | **$** | **$** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH E. COHEN | | | | | |
| JOSEPH E. COHEN | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| COHEN & KROL | | | | | |
| JOSEPH E. COHEN | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | THE NORTHERN TRUST COMPANY | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 09-49046 | ABG | Judge: A. BENJAMIN GOLDGAR | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|---|---|
| Case Name: | RUFFOLO, DONALD | | | | Date Filed (f) or Converted (c): | 12/29/09 (f) |
| | | | | | 341(a) Meeting Date: | 01/25/10 |
| For Period Ending: | 08/25/11 | | | | Claims Bar Date: | 02/01/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. TIME SHARE | 5,000.00 | 5,000.00 | | 0.00 | 0.00 |
| 2. 2003 Cargo Van | 1,000.00 | 0.00 | | 0.00 | 0.00 |
| 3. CASH | 150.00 | 0.00 | | 0.00 | 0.00 |
| 4. CHECKING | 3,123.06 | 0.00 | | 0.00 | 0.00 |
| 5. HOUSEHOLD GOODS | 600.00 | 0.00 | | 0.00 | 0.00 |
| 6. BOOKS, PICTURES | 300.00 | 0.00 | | 0.00 | 0.00 |
| 7. APPAREL | 600.00 | 0.00 | | 0.00 | 0.00 |
| 8. FIREARMS | 100.00 | 0.00 | | 0.00 | 0.00 |
| 9. ANNUITIES | 519,925.74 | 0.00 | | 0.00 | 0.00 |
| 10. BANK ACCOUNTS | 33,339.61 | 30,216.55 | | 30,216.55 | 0.00 |
| 11. BANK STOCK | 23,521.00 | 25,000.00 | | 25,162.30 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 4.72 | Unknown |

|  |  |  |  |  |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $587,659.41 | $60,216.55 | $55,383.57 | Gross Value of Remaining Assets $0.00 |
| | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE HAS REQUESTED BOOKS AND RECORDS FROM THE DEBTOR. THE DEBTORS SCHEDULES WERE AMENDED IN JUNE, 2010 INDICATING OWNERSHIP OF STOCK AND OTHER ASSETS. TRUSTEE WILL LIQUIDATE THESE ASSETS. TRUSTEE HAS SOLD INTEREST IN STOCKS.

Initial Projected Date of Final Report (TFR): 05/30/13    Current Projected Date of Final Report (TFR): 05/30/13

LFORM1

UST Form 101-7-TDR (10/1/2010) (Page: 6)

Ver: 16.02b

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 09-49046 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | RUFFOLO, DONALD | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******1493 BofA - Money Market Account |
| Taxpayer ID No: | *******1492 | | |
| For Period Ending: | 08/25/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/17/10 | 10 | DONALD & GLENNA RUFFOLO | Proceeds from bank accounts | 1129-000 | 30,216.55 | | 30,216.55 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.22 | | 30,216.77 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.77 | | 30,217.54 |
| 01/05/11 | 11 | Donald & Glenna Ruffolo | Sale of stock | 1129-000 | 25,162.30 | | 55,379.84 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 1.89 | | 55,381.73 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.42 | | 55,382.15 |
| 03/29/11 | 000301 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 27.10 | 55,355.05 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.47 | | 55,355.52 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.45 | | 55,355.97 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.48 | | 55,356.45 |
| 06/02/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.02 | | 55,356.47 |
| 06/02/11 | | Transfer to Acct #*******1841 | Final Posting Transfer | 9999-000 | | 55,356.47 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | | 55,383.57 | 55,383.57 | 0.00 |
| Less: Bank Transfers/CD's | | 0.00 | 55,356.47 | |
| Subtotal | | 55,383.57 | 27.10 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 55,383.57 | 27.10 | |

Page Subtotals  55,383.57  55,383.57

Ver: 16.02b

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 7)

FORM 2

Page: 2

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-49046 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | RUFFOLO, DONALD | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******1841  BofA - Checking Account |
| Taxpayer ID No: | *******1492 | | |
| For Period Ending: | 08/25/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/02/11 | | Transfer from Acct #*******1493 | Transfer In From MMA Account | 9999-000 | 55,356.47 | | 55,356.47 |
| 06/07/11 | 003001 | JOSEPH E. COHEN<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL  60602-0000 | Chapter 7 Compensation/Fees | 2100-000 | | 6,019.18 | 49,337.29 |
| 06/07/11 | 003002 | JOSEPH E. COHEN<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL  60602-0000 | Chapter 7 Expenses | 2200-000 | | 32.62 | 49,304.67 |
| 06/07/11 | 003003 | Cohen & Krol | Attorney for Trustee fees | 3110-000 | | 2,039.17 | 47,265.50 |
| 06/07/11 | 003004 | JOSEPH E. COHEN | Attorney for Trustee fees | 3110-000 | | 1,019.58 | 46,245.92 |
| 06/07/11 | 003005 | The Northern Trust Company<br>Greiman, Rome, & Griesmeyer<br>200 W. Madison, Ste. 755<br>Chicago, IL 60606 | Claim 000001, Payment 2.42023%<br>(1-1) Modified to correct<br>creditor's address. (modified on 1/28/2010) | 7100-000 | | 46,245.92 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 55,356.47 | 55,356.47 | 0.00 |
| Less:  Bank Transfers/CD's | 55,356.47 | 0.00 | |
| Subtotal | 0.00 | 55,356.47 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 55,356.47 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| BofA - Money Market Account - *******1493 | 55,383.57 | 27.10 | 0.00 |
| BofA - Checking Account - *******1841 | 0.00 | 55,356.47 | 0.00 |
| | 55,383.57 | 55,383.57 | 0.00 |
| | (Excludes Account | (Excludes Payments | Total Funds |

Page Subtotals     55,356.47     55,356.47

Ver: 16.02b

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 8)

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-49046 -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | RUFFOLO, DONALD | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******1841 BofA - Checking Account |
| Taxpayer ID No: | *******1492 | | | |
| For Period Ending: | 08/25/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BofA - Money Market Account - ********1493 | | Transfers) | To Debtors) | On Hand |
| | | | BofA - Checking Account - ********1841 | | | | |

Page Subtotals       0.00       0.00

Ver: 16.02b

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*